USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 6, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

OWEN DRAIN,

Defendant.

20 CR 245(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The defendant requests, with consent of the Government, that the status conference for the above-named defendant currently scheduled for August 14, 2020, be adjourned. (See Dkt. No. 22.) The conference shall be rescheduled for Friday, October 2, 2020, at 1:30 p.m.

    Both the Government and counsel for the defendant consent to an exclusion of the adjourned time from the Speedy Trial Act to October 2, 2020.

    It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
      6 August 2020

_____
Victor Marrero
U.S.D.J.