```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :        20 CR 145 (VM)
          -against-                :         ORDER
                                   :
OWEN DRAIN,                        :
                                   :
                    Defendant.     :
----------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 3/14/22

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that a tentative trial date be set in this matter to commence on July 19, 2022.

**SO ORDERED:**

Dated:   New York, New York
         14 March 2022

_____
Victor Marrero
U.S.D.J.