# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

---

June 8, 2022

<u>Via ECF</u>
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  <u>United States v Owen Drain, 20 CR 145 (VM)</u>

Dear Judge Marrero:

    I write with the consent of Leo Barrios (Pre-trial Service) and AUSA Ni Quan (who deferred to Pre-trial) to respectfully request that the defendant's bail conditions be amended to permit him to attend confessional/mass services every Saturday at the Christ of the King Church located at 40 North Broadway, Yonkers, NY.  The confessional aspect starts at 4:15 followed by a mass at 5. As such, he would leave around 3:45 and return home by 6:30.

    I thank you in advance for your consideration.

Very truly yours

/s/

Scott E. Leemon

---

Defendant's request for modification of his bail conditions to permit travel to religious services on Saturdays is hereby GRANTED.

**SO ORDERED.**

Dated: 09 June 2022
      New York, New York

Victor Marrero
U.S.D.J.