UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA :
: **ORDER**
   - v. - :
OWEN DRAIN, : S1 20 Cr. 145 (VM)
   a/k/a "White Boy," :
   a/k/a "Tommy," :
: 
                Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on June 7, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

A sentencing shall be scheduled in the above-captioned matter for September 30, 2022 at 1:00 P.M.

SO ORDERED:

Dated:  New York, New York
          June 13, 2022

_____
Victor Marrero
U.S.D.J.