# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
scott@leemonlaw.com
www.leemonlaw.com

---------------------------------------------------------------------------

August 23, 2022

<u>Via ECF</u>
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  <u>United States v Owen Drain, 20 CR 145 (VM)</u>

Dear Judge Marrero:

    I write with the consent of Leo Barrios (Pre-trial Service) and AUSA Ni Quan (who deferred to Pre-trial) to respectfully request that the defendant's bail conditions be amended to permit him to attend doctor's appointments with his pregnant wife and to go to the hospital, when necessary.

    Mr. Drain will provide pre-trial services all the information concerning appointments prior to the appointment.

    I thank you in advance for your consideration.

                                      Very truly yours

                                      /s/
                                      Scott E. Leemon

```
The request for a modification of
defendant's bail conditions as described
herein is GRANTED on the condition that
defendant provide Probation with notice
of appointments and receive Probation's
approval to attend.

SO ORDERED.
Dated: August 24, 2022        /s/ Victor Marrero
                              U.S.D.J.
```