# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**

-------------------------------------------------------------------------------

September 12, 2022

<u>Via ECF</u>
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>United States v Owen Drain, 20 CR 145 (VM)</u>

Dear Judge Marrero:

    I write with the consent of AUSA Ni Quan to respectfully request that the defendant's sentencing that is currently scheduled for September 30, 2022 be adjourned until December 2, 2022 at noon.[1]

    This request is made because I need additional time to put together the defendant's sentencing submission and because Mr. Drain's wife is scheduled to give birth to their first child in late October. This additional time will permit Mr. Drain to assist her in preparing for the baby's arrival.

    I thank you in advance for your consideration.

                                            Very truly yours

                                            /s/

                                        Scott E. Leemon

---

```
The request to adjourn defendant's
sentencing until December 2, 2022 at
12:00 PM is hereby GRANTED.

SO ORDERED.
Dated: Sept. 13, 2022
       New York, NY         [signature]
                            Victor Marrero
                            U.S.D.J.
```

[1] This proposed date is good for all the parties and Ms. Smit has indicated it is good for the court.