# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

---

August 23, 2022

<u>Via ECF</u>
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2022

     Re:  <u>United States v Owen Drain, 20 CR 145 (VM)</u>

Dear Judge Marrero:

     I write with the consent of Leo Barrios (Pre-trial Service) and AUSA Ni Quan (who deferred to Pre-trial) to respectfully request that the defendant's bail conditions be amended to permit him, once his wife gives birth to their child, to move in with his wife to their pre-arrest apartment located at:

[REDACTED]

     The defendant's wife, Ashley, will assume the role of third-party custodian and all other conditions of release will remain in effect. Mr. Barrios will be fully informed of the timing, once the baby is born.

I thank you in advance for your consideration.

                                              Very truly yours

                                                          /s/

                                              Scott E. Leemon

cc: All Counsel (via ECF)
    Leo Barrios, USPTS (via email)



Request **GRANTED**.
The request for a modification of defendant's bail conditions as described above is GRANTED.

**SO ORDERED.**

10/6/2022

DATE

VICTOR MARRERO, U.S.D.J.