```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           - against -

OWEN DRAIN,

                     Defendant.

20 CR 0145 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The Court respectfully directs the Clerk of Court to strike document 60, including all accompanying exhibits, from the docket but retain the summary docket text for the record.

**SO ORDERED.**

Dated:    6 December 2022
             New York, New York

                                                Victor Marrero
                                                U.S.D.J.